## Exhibit A: Trucking Extortion

| DATE | PAID TO | PAYMENT | Cash/CK |
|---|---|---|---|
| 1999 | Thomas Cacciopoli | $8,400.00 | Cash |
| 2000 | Thomas Cacciopoli | $8,400.00 | Cash |
| 2001 | Thomas Cacciopoli | $15,000.00 | Cash |
| 2002 | Thomas Cacciopoli | $15,000.00 | Cash |
| 2003 | Thomas Cacciopoli | $30,000.00 | Cash |
| 7/13/2005 | Joseph Scopo | $1,250.00 | Cash |
| 7/15/2005 | Joseph Scopo | $150.00 | Cash |
| 8/5/2005 | Joseph Scopo | $1,400.00 | Cash |
| 9/8/2005 | Joseph Scopo | $1,400.00 | Cash |
| 10/5/2005 | Joseph Scopo | $1,400.00 | Cash |
| 11/10/2005 | Joseph Scopo | $1,400.00 | Cash |
| 12/8/2005 | Joseph Spinnato | $1,400.00 | Cash |
| 1/6/2006 | Joseph Spinnato | $1,400.00 | Cash |
| 2/7/2006 | Thomas Cacciopoli | $1,400.00 | Cash |
| 3/6/2006 | Joseph Spinnato | $1,400.00 | Cash |
| 4/6/2006 | Joseph Spinnato | $1,400.00 | Cash |
| 5/5/2006 | Joseph Spinnato | $1,400.00 | Cash |
| 5/5/2006 | Joseph Spinnato | $600.00 | Cash |
| 6/9/2006 | Joseph Spinnato | $2,000.00 | Cash |
| 8/10/2006 | Joseph Spinnato | $2,000.00 | Cash |
| 9/7/2006 | Joseph Spinnato | $2,000.00 | Cash |
| 10/10/2006 | Joseph Spinnato | $2,000.00 | Cash |
| 11/6/2006 | Joseph Spinnato | $2,000.00 | Cash |
| 12/4/2006 | Joseph Spinnato | $2,000.00 | Cash |
| 1/10/2007 | Joseph Scopo | $2,000.00 | Cash |
| 1/31/2007 | Joseph Scopo | $2,000.00 | Cash |
| 3/1/2007 | Joseph Scopo | $2,000.00 | Cash |
| 4/5/2007 | Joseph Scopo | $2,000.00 | Cash |
| 5/3/2007 | Joseph Scopo | $2,000.00 | Cash |
| 5/31/2007 | Joseph Scopo | $2,000.00 | Cash |
| 6/28/2007 | Joseph Scopo | $2,000.00 | Cash |
| 8/1/2007 | Joseph Scopo | $2,000.00 | Cash |
| 9/5/2007 | Joseph Scopo | $2,000.00 | Cash |
| 10/2/2007 | Joseph Scopo | $2,000.00 | Cash |
| 10/31/2007 | Joseph Scopo | $2,000.00 | Cash |
| 1/4/2008 | Joseph Scopo | $2,000.00 | Cash |

**Total**     **$128,800.00**