**Exhibit E: Excavation Extortion**

| Date | Payee | Amount | Check # | Paid To |
|---|---|---|---|---|
| 7/10/2006 | Rose of Country Estates | $1,000.00 | 1016 | Leonard Dimaria |
| 8/7/2006 | Rose of Country Estates | $1,000.00 | 1021 | Leonard Dimaria |
| 8/25/2006 | | $10,000.00 | CASH | Vincent Dragonetti |
| 9/6/2006 | Rose of Country Estates | $1,000.00 | 1029 | Leonard Dimaria |
| 10/13/2006 | Rose of Country Estates | $1,000.00 | 1036 | Leonard Dimaria |
| 10/30/2006 | Rose of Country Estates | $1,000.00 | 1040 | Leonard Dimaria |
| 12/4/2006 | Rose of Country Estates | $1,500.00 | 1049 | Leonard Dimaria |
| 12/12/2006 | Heavy Concrete Const. | $4,500.00 | 1054 | Vincent Dragonetti |
| 2/12/2007 | Rose of Country Estates | $2,000.00 | 1064 | Leonard Dimaria |
| 3/22/2007 | Rose of Country Estates | $2,000.00 | 1006 | Leonard Dimaria |
| 4/10/2007 | | $4,000.00 | CASH | Vincent Dragonetti |
| 6/26/2007 | Rose of Country Estates | $2,000.00 | 1015 | Leonard Dimaria |
| 9/4/2007 | Rose of Country Estates | $2,000.00 | 1019 | Leonard Dimaria |
| 11/25/2007 | Rose of Country Estates | $2,000.00 | 1022 | Leonard Dimaria |

**Total**     **$35,000.00**